PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Anthony Torella           Cr.: 22-00294-001
                                                                PACTS #: 7299623

Name of Sentencing Judicial Officer:   THE HONORABLE ROBERT B. KUGLER
                                       SENIOR UNITED STATES DISTRICT JUDGE
                                       (Case reassigned to the Hon. Renée Marie Bumb on 12/30/25)

Date of Original Sentence: 11/21/2022

Original Offense:   Count One: Possession with Intent to Distribute 5 Grams or More of
                    Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence: 30 months imprisonment, 2 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Search/Seizure, Mental
Health Treatment, Consent to Search

Type of Supervision: Supervised Release           Date Supervision Commenced: 08/29/2024

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The individual under supervision has violated the mandatory supervision
                     condition which states **'You must not commit another federal, state, or local
                     crime.'**

                     According to the Complaint - Summons, on January 14, 2026, Anthony Torella
                     violated a restraining order by advising a third party (USAA Insurance Agent)
                     to relay a message to the victim, specifically, by removing the victim from an
                     auto insurance plan. Anthony Torella then advised the insurance agent to let the
                     victim know that he will make a decision in the next day as to if he will allow
                     the victim back on the insurance plan.

                     The charge remains pending with the Gloucester County Superior Court, Family
                     Division. Mr. Torella is scheduled to appear for a hearing on March 3, 2026.

U.S. Probation Officer Action:

Mr. Torella contacted the undersigned officer on February 4, 2026, to report that he received a Summons
from the Gloucester County Superior Court, based on the conduct alleged in Violation #1. He further told
the undersigned officer that a temporary restraining order filed against him on January 8, 2026, was
dismissed on January 29, 2026.

Prob 12A – page 2
Anthony Torella

According to the offense report, on January 8, 2026, officers from the Glassboro Police Department reported to a residence for a possible assault incident. The caller reported that he observed a male, later identified as Anthony Torella pushing a female. He also provided the description of the vehicle Anthony Torella was observed to be driving a white BMW sedan. Officers reported to the residence and spoke to the homeowner regarding the report they received about a possible assault. The homeowner stated that his daughter, J.T., was no longer at the residence but that he would call her for officers to speak with her. The officer spoke to J.T. who confirmed that the driver of the white BMW is her husband, and they are currently separated. J.T. stated that although Mr. Torella "came at her," he did not strike her during this incident.

The officer instructed J.T. to report to the Glassboro Police Department for further questioning. J.T. reported to the police station and she informed the officer that she and Anthony Torella had been separated for several months. She noted she had been residing with her father in Glassboro and that on said date, while outside speaking to a friend, Anthony Torella showed up. He exited his vehicle and called J.T. a "cheating fucking whore." J.T. noted Anthony Torella charged at her as if he was going to strike her and she became frightened due to past physical assaults incidents. J.T. reported that in each of those incidents, New Jersey State Police came to their residence, but that no charges or arrests were made.

Although no criminal charges were filed against Anthony Torella for the January 8, 2026, incident, J.T. applied for a temporary restraining order which was granted. Said restraining order was dismissed on January 29, 2026.

The undersigned officer contacted J.T., telephonically. J.T. advised that although police had been called multiple times to their residence, those calls were placed by neighbors. She stated that in each instance, no charges were filed. With regards to the restraining order filed on January 8, 2026, J.T. stated she requested that it be dropped. She confirmed the restraining order was dismissed on January 29, 2026. J.T stated that Anthony Torella is still her husband, she loves him, he is a good person and does not belong behind bars. She further stated that she recognizes they both need to grow up. She stated that they are currently separated but are cordial with one another.

The undersigned officer also contacted the New Jersey State Police in Bridgeton, New Jersey, and spoke to Trooper Argood regarding any prior domestic violence incidents. As per Trooper Argood, troopers reported to the Torellas' residence on four occasions between December 2024, and March 2025, due to verbal disputes. On each occasion, no physical contact was reported, nor were charges filed, or arrests made.

Based on the facts presented and due to the dismissal of the restraining order, the U.S. Probation Office is not seeking any court action at this time. Should Mr. Torella engage in any further non-compliant behavior, the Honorable Court will be notified immediately.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:    D. ANNIE CRUZ
U.S. Probation Officer

/ dac

APPROVED:

Prob 12A – page 3
Anthony Torella

2/17/26

ANTHONY M. STEVENS                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other

Probation should
consider anger
management as
a condition and
confirm with Mr.
Torella that
he consents -

Signature of Judicial Officer

February 18, 2026
Date